No. 17,278.

FRY *v.* HOWE.
(274 P. [2d] 96)

Decided September 13, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. McDOUGAL, KLINGSMITH & ROGERS, for plaintiff in error.

Mr. ALBERT H. JEWELL, Messrs. CREAMER & CREAMER, for defendant in error.